IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kevin Porter
Fed. Reg. No. 11347-007
Rivers Correctional Institution
Post Office Box-630
Winton, North Carolina 27986

        Plaintiff,

v.                                    Civil No. 06-908 (PLF)

Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534

        Defendant.

### PLAINTIFF'S MOTION REQUESTING THE COURT TO DISMISS HIS FREEDOM OF INFORMATION ACT COMPLAINT WITHOUT PREJUDICE

COMES NOW, the plaintiff, moving **pro se**, and hereby respectfully request this court to dismiss his pending Freedom of Information Act complaint, 5 U.S.C.§ 552 et seq., **without prejudice**. This instant motion is advanced to the court pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. In support of this motion, plaintiff asserts the following:

1. On or abourt April 25 2006, plaintiff submitted a Freedom of Act(FOIA) complaint to this court pursuant to Title 5 U.S.C. § 552 et seq.

2. Subsequent to plaintiff submitting his FOIA complaint to the court, the Federal Bureau of Prison's ("BOP") FOIA section responded to plaintiff's request for information, with a cover letter dated April  2006. See the attached April 26 2006 letter.

-1-

3. Within the April 26 2006 letter, the BOP's FOIA department extends to plaintiff, the right to appeal to the Attorney General if plaintiff is dissatisfied with the FOIA response. See id. Plaintiff has decided to appeal the response.

4. At this juncture, it appears that the court has not attached jurisdiction to plaintiff's complaint. There is no response from the defendant in this case. Thus, the defendants will not be prejudiced by plaintiff's request for dismissal of his FOIA complaint.

5. Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(i), plaintiff is asking the court to dismiss his pending FOIA complaint **WITHOUT PRE-judice**.

Date 5 / 15 / 2006

Respectfully Submitted,

/s/ Kevin Porter

U.S. Department of Justice

Federal Bureau of Prisons

APR 26 2006

Washington, DC 20534

Kevin Porter
Register Number 11347-007
Rivers Correctional Institution
P.O. Box 630
Winton, North Carolina 27986-0630

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office

RE: Request for Information, FOIA Request No. 2006-04323

Dear Mr. Porter:

This is in response to your Freedom of Information Act request for a copy of the original 2000 contract J1PCc-005 and subsequent contract J1PCc-002 between the Bureau of Prisons and the Wackenhut Corrections Corporation.

We have located 82 pages of documents in response to your request for a copy of contract J1PCc-005. You are being provided 73 pages in their entirety; however, portions of the remaining 9 pages are being redacted pursuant to Title 5 U.S.C. §552(b)(4).

In reference to your request for a copy of contract J1PCc-002, a total of 46 pages of documents were located in response to your request. You are being provided 43 pages in their entirety; however, portions of the remaining 3 pages are being redacted pursuant to (b)(4).

Exemption (b)(4) protects trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

Pursuant to 28 C.F.R. § 16.9, if you are dissatisfied with this response, you may appeal to the Attorney General by filing a written appeal within sixty (60) days of the date of this letter. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001**. Both the envelope and appeal letter should be marked **"Freedom of Information Act Appeal."**

Page 2
Kevin Porter
FOIA Request Number 2006-04323

    I trust this has been responsive to your request. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal.

                                          Sincerely,

                                          Wanda M. Hunt
                                          Chief, FOIA/PA Section

Enclosure: 128 pages

cc: File